FILED
2018 Aug-31  AM 08:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MODOU NGALLAND, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> JEFF SESSIONS, *et al.* ) <br> ) <br> Respondent. ) | Civil Action Number <br> **4:18-cv-00651-AKK-JEO** |

## MEMORANDUM OPINION

On August 1, 2018, the magistrate judge filed a Report and Recommendation, recommending that this petition for *habeas corpus* relief, filed pursuant to 28 U.S.C. § 2241, be dismissed without prejudice. Doc. 14. To date, no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. The petition for writ of *habeas corpus* is due to be dismissed without prejudice. A separate order of final judgment will be entered.

**DONE** the 30th day of August, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE